No. 733, Misc. MILLWOOD v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 412, Misc. PRICE ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Leon B. Polsky* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

 No. 384. STEBBINS v. MACY, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL., *ante,* p. 41;

No. 488. HULLUM, ADMINISTRATRIX v. ST. LOUIS SOUTHWESTERN RAILWAY CO., *ante,* p. 906;

No. 94, Misc. STEN v. UNITED STATES, *ante,* p. 854;

No. 366, Misc. STARNES v. MARKLEY, WARDEN, *ante,* p. 908;

No. 439, Misc. GRIMES v. CROUSE, WARDEN, *ante,* p. 882;

No. 485, Misc. FINFER v. COHEN, COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 883;

No. 508, Misc. GROZA v. LEMMON ET AL., *ante,* p. 895; and

No. 520, Misc. CARTER ET AL. v. UNITED STATES, *ante,* p. 888. Petitions for rehearing denied.

No. 163. LYNCH v. INDUSTRIAL INDEMNITY CO. ET AL., *ante,* p. 844. Motion to dispense with printing the petition for rehearing granted. Petition for rehearing denied.

No. 413. POLLACK ET AL. v. COMMISSIONER OF PATENTS, *ante,* p. 893. Petition for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.